_____

SO ORDERED,



Judge Jason D. Woodard

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: JEREMY BOYLE AND EMILY GURLEY        Case No. 19-14324

AGREED ORDER RESOLVING CREDITOR'S
MOTION FOR ABANDONMENT, RELIEF
FROM AUTOMATIC STAY AND CO-DEBTOR STAY (DK#46)

THIS DAY, there came before the Court the Creditor's Motion to Abandon, Relief from Automatic Stay and Co-Debtor Stay (DK#46), and the Court having been advised that the parties have reached an agreement, adjudicates as follows in accordance with that agreement:

(1)

That the Court has jurisdiction over the parties and the subject matter, herein.

(2)

That the creditor holds an interest in the following property which secures this debt namely, a 2009 Ford Escape VIN#1FMCU03G99KB78075, John Deere V525 zero turn mower #160204YG46756, 1952 Ford 8N tractor #NA16011, 1965 Massey Ferguson 135 tractor #GKN1842 and 2001 Honda Rancher #478TE24061A105828.

(3)

That no attorney appeared on behalf of the Guarantor, Jimmy Feathers, and no timely response was filed. Further, that the stay should be lifted as to the Guarantor, namely, Jimmy

Feathers.

(4)

That the automatic stay shall be lifted as to the 2009 Ford Escape VIN#1FMCU03G99KB78075, John Deere V525 zero turn mower #160204YG46756, 1952 Ford 8N tractor #NA16011, 1965 Massey Ferguson 135 tractor #GKN1842 and 2001Honda Rancher #478TE24061A105828.

(5)

That the Creditor's Motion For Abandonment, Relief From the Automatic Stay and Co-Debtor Stay is hereby granted.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Creditor's Motion for Abandonment, Relief from the Automatic Stay and Co-Debtor Stay of Creditor, Bank of Holly Springs, is hereby granted and the Creditor is hereby granted a lift of Automatic Stay as to the Guarantor, namely, Jimmy Feathers.

##ENDOFORDER##


/s/ Bart M. Adams
Attorney for Bank of Holly Springs

/s/ Jeff Collier
Attorney for Chapter 13 Trustee

/s/ Heidi Milam
Attorney for Debtors

Submitted by:
Bart M. Adams, Esq. Bar No.:100985
108 E. Jefferson St.
Ripley, MS 38663
(662) 837-9976
bart@akinsadams.com