

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                        CHAPTER 13 CASE NO.:

JEREMY GLENN BOYLE and
EMILY KAY GURLEY                                         19-14324-JDW

## ORDER WITHDRAWING MOTION TO DISMISS (DKT. #65)

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #65) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee ("the Trustee") and the response thereto filed by the Debtors (Dkt. #66); and the Court being advised that the Trustee requests to withdraw the Motion as all issues presented in the Motion have been resolved. Upon request by the Trustee,

IT IS ORDERED that the Motion shall be and is hereby withdrawn.

##END OF ORDER##

SUBMITTED BY:

/s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com